**Order filed, May 8, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00350-CV
_____

**JIMMY  GETTINGS, Appellant**

**V.**

**DARLENE BOUNDS, GRADY GETTINGS, BELVA GETTINGS, CHURCH OF CHRIST, MILL ROAD, OF DURHAM, NORTH CAROLINA, CHURCH OF CHRIST OF CAMPIONS OF HOUSTON, TEXAS DOES 1-25, Appellee**

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2018-02794**

---

## ORDER

The reporter's record in this case was due **May 3, 2019**. *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Amanda Lynn King**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Justices .